IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAUL J. FEKETE | : | |
|       Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| NATIONAL RAILROAD PASSENGER | : | |
| CORP. a/k/a AMTRAK and | : | |
| ROB'S TOWING & HAULING, INC. | : | No. 11-6570 |
|       Defendants. | : | |

**ORDER**

AND NOW, this **16ʰ** day of **November, 2011**, upon consideration of Defendant Rob's Towing & Hauling, Inc.'s Motion Pursuant to Federal Rule of Civil Procedure 12(b)(6), Plaintiff's response thereto, Amtrak's response thereto, Rob's Towing & Hauling, Inc.'s reply thereon, and for the reasons stated in the Court's Memorandum dated November 16, 2011, it is hereby **ORDERED** that:

1. The motion to dismiss (Document No. 3) is **GRANTED**.

2. Plaintiff is granted leave to file an Amended Complaint on or before December 6, 2011.

3. Plaintiff's Motion to Strike Certain Affirmative Defenses (Document No. 7) is **DENIED**.

BY THE COURT:

_____
**Berle M. Schiller, J.**