### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PAUL FEKETE,** | : | |
| **Plaintiff,** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **NATIONAL RAILROAD** | : | |
| **PASSENGER CORPORATION, et al.** | : | **No. 11-6570** |
| **Defendants.** | : | |

### <u>ORDER</u>

**AND NOW**, this **6th** day of **August, 2012**, upon consideration of Amtrak's Motion for Declaratory Relief, Third-Party Defendant Dyer Quarry, Inc.'s response thereto, and Amtrak's reply thereon, and for the reasons stated in this Court Memorandum dated August 6, 2012, it is hereby **ORDERED** that the motion (Document No. 51) is **DENIED**.

BY THE COURT:

_____
**Berle M. Schiller, J.**